MICHAEL R. SIMMONDS (SBN 96238)
msimmonds@snllp.com
CHRISTOPHER M. SPAIN (SBN 265465)
cspain@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625

Attorneys for defendant
Cavalry Portfolio Services, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN R. MAHLOW,<br><br>Plaintiff,<br><br>vs.<br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br><br>Defendant. | CASE NO.: 8:13-cv-0625-DOC-RNB<br><br>**DEFENDANT CAVALRY PORTFOLIO SERVICES, LLC'S CERTIFICATE OF INTERESTED PARTIES** |

1  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of
2  record for defendant Cavalry Portfolio Services, LLC certifies that the following
3  persons, associations of persons, firms, partnerships, corporations (including parent
4  corporations) or other entities have a pecuniary interest in the outcome of this case
5  and hereby identifies its parent corporations and lists any publicly held company
6  that owns 10% or more of its stock.  These representations are made to enable the
7  Court to evaluate possible disqualification or recusal.

    1.    Cavalry Portfolio Services, LLC, a Delaware limited liability company.

    2.    Cavalry SPV I, LLC, a Delaware limited liability company.

DATED: August 23, 2013        SIMMONDS & NARITA LLP
                                    MICHAEL R. SIMMONDS
                                    CHRISTOPHER M. SPAIN

                              By:   s/Christopher M. Spain
                                      Christopher M. Spain
                                      Attorneys for defendant
                                      Cavalry Portfolio Services, LLC

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following document:

1)  **DEFENDANT CAVALRY PORTFOLIO SERVICES, LLC'S CERTIFICATE OF INTERESTED PARTIES**

by causing such document to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressee indicated below:

**VIA U.S. MAIL**
Jonathon R. Mahlow
14162 Holt Ave.
Santa Ana, CA 92705

*Plaintiff in Pro Per*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 23rd day of August, 2013.

                                                s/Christopher M. Spain
                                                Christopher M. Spain