JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN R. MAHLOW, | CASE NO. SACV 13-0625-DOC(RNBx) |
| Plaintiff(s), | |
| V. | ORDER DISMISSING CIVIL ACTION |
| CAVALRY PORTFOLIO SERVICES LLC, | |
| Defendant(s). | |

The Court having been advised by plaintiff that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 90 days, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED:  September 18, 2013

_David O. Carter_
DAVID O. CARTER
United States District Judge